IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| POLLARD WILLIAMS, #237427, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:12-cv-302-TMH |
| | ) [wo] |
| KIM TOBIAS THOMAS, *et al.*, | ) |
| Defendants. | ) |

**OPINION and ORDER**

On August 17, 2012, the Magistrate Judge filed a Recommendation dismissing the case without prejudice due to plaintiff's failure to comply with orders of this Court and his failure to properly continue prosecution of this action. (Doc. 26). No timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED without prejudice.

Done this 18th day of September, 2012.

/s/  Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE